

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-20-00277-CV

Bruce **KNEESE**,
Appellant

v.

**WELLS FARGO BANK, N.A.**; Wells Fargo Home Mortgage, Inc.; Mark C. Sparrow; and
Dawn M. Sparrow,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15115
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On August 18, 2021, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on September 2, 2021. *See* TEX. R. APP. P. 49.1

Before the due date, Appellant filed an unopposed motion for a forty-six-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED; the motion for rehearing is due on October 18, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court